THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | | |
|---|---|---|
| SKINNY KID PRODUCTIONS, LLC | § | |
| | § | |
| PLAINTIFF, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 7:19-CV-136-DC |
| | § | |
| ARCH INSURANCE COMPANY | § | |
| | § | |
| DEFENDANT. | § | |

## AGREED MOTION TO DISMISS WITH PREJUDICE

Plaintiff and Defendant file this Agreed Motion to Dismiss with Prejudice asking this Court to dismiss all claims each has against the other with prejudice to the refiling of same.

Plaintiff and Defendant have resolved their dispute and, therefore, request that this Court enter an Order dismissing, with prejudice, any and all claims and causes of action Plaintiff has asserted against Defendant in this lawsuit, with each party to bear its own fees and costs.

WHEREFORE, PREMISES CONSIDERED, Plaintiff and Defendant jointly request that this matter be dismissed with prejudice, removed from the docket of this Court, and that the fees and costs be taxed against the party incurring same.

Respectfully submitted,

By: _____/s/ Brett A. Wallingford_____
    Brett A. Wallingford
    State Bar No. 000797618
    bwallingford@zelle.com
    Michael P. O'Brien
    State Bar No. 24103418
    mobrien@zelle.com
    **ZELLE LLP**
    901 Main Street, Suite 4000
    Dallas, TX  75202
    Telephone:214-742-3000
    Facsimile: 214-760-8994

    **ATTORNEYS FOR ARCH INSURANCE COMPANY**

**- AND -**

By: __/s/ Shaun W. Hodge_____
    Shaun W. Hodge
    State Bar No. 24052995
    shodge@hodgefirm.com
    **THE HODGE LAW FIRM, PLLC**
    Old Galveston Square Building
    2211 Strand, Suite 302
    Galveston, Texas 77550
    Telephone:409-762-5000
    Facsimile: 409-763-2300

    **ATTORNEY FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a true and correct copy of the foregoing **AGREED MOTION TO DISMISS WITH PREJUDICE** was served on all counsel of record on April 2, 2020, in accordance with the FEDERAL RULES OF CIVIL PROCEDURE, as follows:

Shaun W. Hodge
State Bar No. 24052995
shodge@hodgefirm.com
**THE HODGE LAW FIRM, PLLC**
Old Galveston Square Building
2211 Strand, Suite 302
Galveston, Texas 77550
Telephone:      409-762-5000
Facsimile:      409-763-2300

**ATTORNEY FOR PLAINTIFF**

*/s/ Brett A. Wallingford*
Brett A. Wallingford